UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTASHE GOLDEN, M.D.,<br><br>Plaintiffs,<br><br>v.<br><br>SOUND INPATIENT PHYSICIANS MEDICAL GROUP, INC.; DAMERON HOSPITAL ASSOCIATION, a California Non-Profit Association; NICHOLAS ARISMENDI; an individual and DOES 1-10, inclusive.<br><br>Defendants. | Case No. 14-CV-00497-LKK-EFB<br><br>Assigned to Honorable Judge: Lawrence K. Karlton<br><br>**ORDER GRANTING STIPULATION TO CONTINUE DEFENDANT SOUND INPATIENT PHYSICIANS MEDICAL GROUP INC.'S RESPONSIVE PLEADING DEADLINE AS TO THE FIRST AMENDED COMPLAINT**<br><br>[Filed concurrently with Stipulation]<br><br>Complaint Filed: February 18, 2014 |

## ORDER

The Court, having considered the parties' Stipulation Extending Defendant Sound Inpatient Physicians Medical Group, Inc.'s Time to File Responsive Pleading Pursuant to Local Rule 12.1, finds good cause to grant the request for extension an orders as follows:

Defendant Sound Inpatient Physicians Medical Group, Inc.'s time to answer or otherwise respond to the First Amended Complaint shall be briefly extended to May 29, 2014.

/ / /

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

ORDER GRANTING STIPULATION
CASE NO. 14-CV-00497-LKK-EFB

4823-7326-3130.1

**HEREBY ORDERED:**

Dated: May 13, 2014

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Respectfully submitted:

KUTAK ROCK LLP


By: */s/ Matthew C. Sgnilek*
   Marcia A. Washkuhn, *pro hac vice*
   Matthew C. Sgnilek (SBN 235299)
   5 Park Plaza, Suite 1500
   Irvine, California 92614-8595
   Telephone:     (949) 417-0999
   Facsimile:     (949) 417-5394
   Attorneys for Defendant
   SOUND INPATIENT PHYSICIANS
   MEDICAL GROUP, INC

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

- 2 -

ORDER
GRANTING STIPULATION
CASE NO. 14-CV-00497-LKK-EFB

4823-7326-3130.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Kutak Rock LLP
Attorneys At Law
Irvine

4823-7326-3130.1

- 3 -

ORDER
GRANTING STIPULATION
CASE NO. 14-CV-00497-LKK-EFB

# PROOF OF SERVICE
*Otashe Golden, M.D. v. Sound Inpatient Physicians Medical Group, Inc., et al.*
**United States District Court, Case No. 14 CV 00497-LKK-EFB**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the City of Irvine in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 5 Park Plaza, Suite 1500, Irvine, California 92614.

On **5/14/2014**, I served on all interested parties as identified on the below mailing list the following document(s) described as:

**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE DEFENDANT SOUND INPATIENT PHYSICIANS MEDICAL GROUP INC.'S RESPONSIVE PLEADING DEADLINE AS TO THE FIRST AMENDED COMPLAINT**

[ X ]   **(BY NOTICE OF ELECTRONIC FILING)**  Counsel who have consented to electronic service have been automatically served by the Notice of Electronic Filing, which is automatically generated by CM/ECF at the time said document(s) was(were) filed, and which constitutes service pursuant to FRCP 5(b)(2)(D).

| | |
|---|---|
| Gregory M. Finch<br>SIGNATURE LAW GROUP LLP<br>3400 Bradshaw Road, Suite A4-A<br>Sacramento, California  95827<br><br><u>Electronic Service Only</u> | Attorney for Plaintiff<br>***OTASHE GOLDEN, M.D.***<br><br>Tel:   (916) 856-5800<br>Fax:   (916) 880-5255<br><br>Email:   gfinch@signaturelawgroup.com |

[ X ]   **(FEDERAL)**  I declare that I am employed in the office of a member of the bar of this Court at whose direction service was made.

Executed on **5/14/2014**, at Irvine, California.

_____
Angela Campos

- 1 -                                   PROOF OF SERVICE
CASE NO. 14-CV-00497-LKK-EFB

4823-7326-3130.1