1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11

12

13

14

15

16

17

18

| OTASHE GOLDEN, M.D., | Case No.  14-CV-00497-LKK-EFB |
|---|---|
| Plaintiffs, | Assigned to Honorable Judge: Lawrence K. Karlton |
| v. | **ORDER GRANTING STIPULATION TO CONTINUE RULE 26 DISCLOSURE DEADLINE** |
| SOUND INPATIENT PHYSICIANS MEDICAL GROUP, INC.; DAMERON HOSPITAL ASSOCIATION, a California Non-Profit Association; NICHOLAS ARISMENDI; an individual and DOES 1-10, inclusive. | |
| | [Filed concurrently with Stipulation] |
| Defendants. | Complaint Filed: February 18, 2014 |

19

20

21

**<u>ORDER</u>**

22

The Court, having considered the parties' Stipulation Extending the Rule 26

23

Disclosure Deadline, finds good cause to grant the request for extension an orders as

24

follows:

25

Plaintiff Otashe Golden, M.D. and defendant Sound Inpatient Physicians Medical

26

Group, Inc.'s time for filing the Rule 26 Discovery Plan, shall be briefly extended to

27

August 28, 2014 and the deadline for Rule 26 Disclosures shall be September 29, 2014.

28

/ / /

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

PROPOSED ORDER
GRANTING STIPULATION

CASE NO. 14-CV-00497-LKK-EFB

4844-8551-1451.1

**HEREBY ORDERED:**

Dated:  June 5, 2014

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Respectfully submitted:

KUTAK ROCK LLP

By:  */s/ Matthew C. Sgnilek*
    Marcia A. Washkuhn, *pro hac vice*
    Matthew C. Sgnilek (SBN 235299)
    5 Park Plaza, Suite 1500
    Irvine, California 92614-8595
    Telephone:      (949) 417-0999
    Facsimile:      (949) 417-5394
    Attorneys for Defendant
    SOUND INPATIENT PHYSICIANS
    MEDICAL GROUP, INC

Kutak Rock LLP
Attorneys At Law
Irvine

- 2 -

PROPOSED ORDER
GRANTING STIPULATION
CASE NO. 14-CV-00497-LKK-EFB

4844-8551-1451.1

**PROOF OF SERVICE**
*Otashe Golden, M.D. v. Sound Inpatient Physicians Medical Group, Inc., et al.*
**United States District Court, Case No. 14 CV 00497-LKK-EFB**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the City of Irvine in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 5 Park Plaza, Suite 1500, Irvine, California 92614.

On **June 5, 2014**, I served on all interested parties as identified on the below mailing list the following document(s) described as:

**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE RULE 26 DISCLOSURE DEADLINE**

Gregory M. Finch
SIGNATURE LAW GROUP LLP
3400 Bradshaw Road, Suite A4-A
Sacramento, California  95827

Electronic Service Only

Attorney for Plaintiff
*OTASHE GOLDEN, M.D.*

Tel:   (916) 856-5800
Fax:   (916) 880-5255

Email:   gfinch@signaturelawgroup.com

[ X ]   **(FEDERAL)**  I declare that I am employed in the office of a member of the bar of this Court at whose direction service was made.

Executed on **June 5, 2014**, at Irvine, California.

_____
Angela Campos