UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTASHE GOLDEN, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> SOUND INPATIENT PHYSICIANS MEDICAL GROUP, INC.; DAMERON HOSPITAL ASSOCIATION, a California Non-Profit Association; NICHOLAS ARISMENDI; an individual and DOES 1-10, inclusive. <br><br> Defendants. | Case No. 2:14-CV-00497-TLN-EFB <br><br> Assigned to Honorable Judge: Troy L. Nunley <br><br> **ORDER GRANTING THIRD JOINT STIPULATION TO CONTINUE RULE 26 DISCLOSURE DEADLINE** <br><br> [Filed concurrently with Stipulation] <br><br> Complaint Filed: February 18, 2014 |

## ORDER

The Court, having considered the parties' Stipulation Extending the Rule 26 Disclosure Deadline, finds good cause to grant the request for extension, and orders as follows:

Plaintiff Otashe Golden, M.D. and defendant Sound Inpatient Physicians Medical Group, Inc.'s time for filing the Rule 26 Discovery Plan, shall be briefly extended to November 21, 2014 and the deadline for Rule 26 Disclosures shall be December 19, 2014.

///

ORDER GRANTING STIPULATION
CASE NO. 14-CV-00497-LKK-EFB

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4833-2121-8078.1

**HEREBY ORDERED:**

Dated: September 24, 2014

_____
Troy L. Nunley
United States District Judge

Respectfully submitted:

KUTAK ROCK LLP


By:  */s/ Matthew C. Sgnilek*
    Marcia A. Washkuhn, *pro hac vice*
    Matthew C. Sgnilek (SBN 235299)
    5 Park Plaza, Suite 1500
    Irvine, California 92614-8595
    Telephone:      (949) 417-0999
    Facsimile:      (949) 417-5394
    Attorneys for Defendant
    SOUND INPATIENT PHYSICIANS
    MEDICAL GROUP, INC.

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

- 2 -

ORDER
GRANTING STIPULATION
CASE NO. 2:14-CV-00497-TLN-EFB

4833-2121-8078.1