UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTASHE GOLDEN, M.D.,<br><br>               Plaintiffs,<br><br>v.<br><br>SOUND INPATIENT PHYSICIANS MEDICAL GROUP, INC.; DAMERON HOSPITAL ASSOCIATION, a California Non-Profit Association; NICHOLAS ARISMENDI; an individual and DOES 1-10, inclusive.<br><br>               Defendants. | Case No.  14-CV-00497-TLN-EFB<br><br>Assigned to Honorable Judge:<br>Troy L. Nunley<br><br>**ORDER GRANTING STIPULATION TO CONTINUE DEFENDANT SOUND INPATIENT PHYSICIANS MEDICAL GROUP INC.'S RESPONSIVE PLEADING DEADLINE**<br><br>[Filed concurrently with Stipulation]<br><br>Complaint Filed: February 18, 2014 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4833-5667-3315.1

ORDER GRANTING STIPULATION
CASE NO. 14-CV-00497-TLN-EFB

# **ORDER**

The Court, having considered the parties' Stipulation Extending the Responsive Pleading Deadline, finds good cause to grant the request for extension and orders as follows:

Defendant Sound Inpatient Physicians Medical Group, Inc.'s time for filing the a responsive pleading to the Third Amended Complaint, including without limitation a Motion to Dismiss and Motion to Strike shall be extended to May 1, 2015.

**HEREBY ORDERED:**

Dated: April 24, 2015

_____
Troy L. Nunley
United States District Judge

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

- 2 -

ORDER
GRANTING STIPULATION
CASE NO. 14-CV-00497-TLN-EFB

4833-5667-3315.1