UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTASHE GOLDEN, M.D.,<br><br>    Plaintiffs,<br><br>v.<br><br>SOUND INPATIENT PHYSICIANS MEDICAL GROUP, INC.; DAMERON HOSPITAL ASSOCIATION, a California Non-Profit Association; NICHOLAS ARISMENDI; an individual and DOES 1-10, inclusive.<br><br>    Defendants. | Case No.  14-CV-00497-TLN-EFB<br><br>Assigned to Honorable Judge:<br>Troy L. Nunley<br><br>**ORDER GRANTING STIPULATION TO CONTINUE DEFENDANT SOUND INPATIENT PHYSICIANS MEDICAL GROUP INC.'S RESPONSIVE PLEADING DEADLINE**<br><br>[Filed concurrently with Stipulation]<br><br>Complaint Filed: February 18, 2014 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4842-5249-2067.1

ORDER GRANTING STIPULATION
CASE NO. 14-CV-00497-TLN-EFB

# ORDER

The Court, having considered the parties' Stipulation Extending the Responsive Pleading Deadline, finds good cause to grant the request for extension and orders as follows:

Defendant Sound Inpatient Physicians Medical Group, Inc.'s time for filing the a responsive pleading to the Third Amended Complaint, including without limitation a Motion to Dismiss and Motion to Strike shall be extended to May 6, 2015.

**HEREBY ORDERED:**

Dated: May 1, 2015

_____
Troy L. Nunley
United States District Judge

Respectfully submitted:

KUTAK ROCK LLP

By: */s/ Matthew C. Sgnilek*
  Marcia A. Washkuhn, *pro hac vice*
  Matthew C. Sgnilek (SBN 235299)
  5 Park Plaza, Suite 1500
  Irvine, California 92614-8595
  Telephone:     (949) 417-0999
  Facsimile:     (949) 417-5394
  Attorneys for Defendant
  SOUND INPATIENT PHYSICIANS
  MEDICAL GROUP, INC

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

- 2 -

ORDER GRANTING STIPULATION
CASE NO. 14-CV-00497-TLN-EFB

4842-5249-2067.1