UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTASHE GOLDEN, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> SOUND INPATIENT PHYSICIANS MEDICAL GROUP, INC.; DAMERON HOSPITAL ASSOCIATION, a California Non-Profit Association; NICHOLAS ARISMENDI; an individual and DOES 1-10, inclusive. <br><br> Defendants. | Case No. 14-CV-00497-TLN-EFB <br><br> Assigned to Honorable Judge: Troy L. Nunley <br><br> **ORDER GRANTING DEFENDANTS SOUND INPATIENT PHYSICIANS MEDICAL GROUP, INC.'S RESPONSIVE PLEADING DEADLINE** <br><br> [Filed concurrently with Joint Stipulation] <br><br> Complaint Filed: February 18, 2014 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  The Court, having considered the parties' Stipulation Extending the Responsive Pleading
2  Deadline, finds good cause to grant the request for extension and orders as follows:
3  Defendant SOUND INPATIENT PHYSICIANS MEDICAL GROUP, INC.'s
4  time for filing a responsive pleading to the Third Amended Complaint shall be extended to
5  January 15, 2016.
6  **HEREBY ORDERED:**
7  Dated:  December 18, 2015

_____
Troy L. Nunley
United States District Judge

13  Respectfully submitted:
14  KUTAK ROCK LLP

16  By:  */s/ Matthew C. Sgnilek*
17  Matthew C. Sgnilek (SBN 235299)
    Marcia A. Washkuhn, *pro hac vice*
18  5 Park Plaza, Suite 1500
    Irvine, California 92614-8595
19  Telephone:     (949) 417-0999
    Facsimile:     (949) 417-5394
20  Attorneys for Defendant
    SOUND INPATIENT PHYSICIANS
21  MEDICAL GROUP, INC