# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTASHE GOLDEN, M.D., | Case No. 14-CV-00497-TLN-EFB |
| Plaintiffs, | Assigned to Honorable Judge: Troy L. Nunley |
| v. | **ORDER GRANTING JOINT STIPULATION TO CONTINUE JOINT STATUS REPORT DEADLINE** |
| SOUND INPATIENT PHYSICIANS MEDICAL GROUP, INC.; DAMERON HOSPITAL ASSOCIATION, a California Non-Profit Association; NICHOLAS ARISMENDI; an individual and DOES 1-10, inclusive. | [Filed concurrently with Joint Stipulation] |
| Defendants. | Complaint Filed: February 18, 2014 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The Court, having considered the parties' Stipulation Extending the Deadline to file Joint Status Reports, finds good cause to grant the request for extension and orders as follows:

Plaintiff Otashe Golden, M.D. and Defendant Sound Inpatient Physicians Medical Group Inc.'s time for filing the Joint Status Report shall be continued sixty (60) days pending the completion of Plaintiff's bankruptcy and a ruling on Plaintiff's counsel's Motion to Withdraw as Counsel. The Joint Status Report shall be due on April 18, 2016.

**HEREBY ORDERED:**

Dated: February 19, 2016

Troy L. Nunley
United States District Judge

Respectfully submitted:

KUTAK ROCK LLP

By: */s/ Matthew C. Sgnilek*
Matthew C. Sgnilek (SBN 235299)
Marcia A. Washkuhn, *pro hac vice*
5 Park Plaza, Suite 1500
Irvine, California 92614-8595
Telephone:      (949) 417-0999
Facsimile:      (949) 417-5394
Attorneys for Defendant
SOUND INPATIENT PHYSICIANS
MEDICAL GROUP, INC

KUTAK ROCK LLP
ATTORNEYS AT LAW
SCOTTSDALE

- 2 -

ORDER
GRANTING STIPULATION
CASE NO. 14-CV-00497-TLN-EFB