STEVEN S. ALTMAN (State Bar No. 63824)
Steven Altman, PC
Attorney at Law
1127-12th Street, Suite 104
Modesto, California 95354

(209) 577-8390-Fax
(209) 521-7255-Phone
email: altman@altmanattorney.com

Attorney for Trustee
Michael D. McGranahan

# IN THE UNITED STATES FEDERAL COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTASHE GOLDEN, MD., | No: 2:14-cv-497-TLN-EFB PS |
| Plaintiff, | |
| v. | |
| SOUND INPATIENT PHYSICIANS MEDICAL GROUP, INC, AND DOES 1-10, inclusive, | |
| Defendants | |

## TRUSTEE'S RESPONSE TO COURT'S ORDER REQUESTING RATIFICATION, JOINDER OR SUBSTITUTION OF REAL PARTY IN INTEREST PURSUANT TO FRCivP 17(A)(3)

Michael D. McGranahan, the duly appointed Trustee of the Chapter 7 of the bankruptcy estate of Otashe Golden, Case No. 15-28774, filed in this above District, pursuant to Federal Rule of Civil Procedure 17(a)(3) ratifies the prosecution of plaintiff Otashe Golden's action in the above entitled case and requests the subject action not be dismissed.

The Trustee considers the foregoing action to be an asset of the Golden bankruptcy case for the benefit of creditors.

Dated: June 20, 2016

Michael D. McGranahan
Chapter 7 Bankruptcy Trustee