STEVEN S. ALTMAN (State Bar No. 63824)
Steven Altman, PC
1127-12th Street, Suite 104
Modesto, California 95354
Ph: (209) 521-7255
Fax: (209) 577-8390
altman@altmanattorney.com

Attorney for Trustee
Michael McGranahan

# IN THE UNITED STATES FEDERAL COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>OTASHE GOLDEN, MD,<br><br>    Plaintiff.<br><br>v.<br><br>SOUND INPATIENT PHYSICIANS MEDICAL GROUP, INC., AND DOES 1-10, inclusive.<br><br>    Defendants. | Case No:   2:14-cv-497-TLN-EFB PS |

## PROOF OF SERVICE

I am a citizen of the United States and am employed in Stanislaus County. I am over the age of eighteen (18) years and not a party to the within action. My business address is 1127 12th Street, Suite 104, Modesto, California, 95354.

On June 22, 2016, I served the following documents:

1. TRUSTEE'S RESPONSE TO COURT'S ORDER REQUESTING RATIFICATION, JOINDER OR SUBSTITUTION OF REAL PARTY IN INTEREST PURSUANT TO FRCivP 17(A)(3);
2. PROOF OF SERVICE.

In the manner and/or manners described below and/or to each of the parties herein listed on the attached matrix.

U.S. Trustee
501 I St., Ste. 7-500
Sacramento, CA 95814

Michael McGranahan                          Chapter 7 Trustee
Chapter 7 Trustee
PO Box 5018
Modesto, CA 95352

| | |
|---|---|
| Otashe Nyoku Golden<br>10940 Trinity Pkwy, C271<br>Stockton, CA 95219 | Debtor/Defendant |
| Otashe Golden<br>9098 Laguna Main St., Ste. 6<br>Elk Grove, CA 95758 | Debtor/Defendant |
| Otashe Golden<br>5313 E. Tudor Rose<br>Stockton, CA 95212 | Debtor/Defendant |
| C. Anthony Hughes, Esq.<br>1395 Garden Hwy., Ste. 150<br>Sacramento, CA 95833 | Attorney for Debtor in bankruptcy proceeding |
| Thomas G. Mouzes, Esq.<br>555 Capitol Mall, Ste. 1500<br>Sacramento, CA 95814 | Attorney for Dameron Hospital Association in Adversary proceeding |
| Gabriel E. Liberman, Esq.<br>1395 Garden Hwy., #150<br>Sacramento, CA 95833 | Attorney for Defendant in Adversary proceeding |
| Marcia A. Washkuhn, PHV<br>Kutak Rock LLP<br>1650 Farnam St.<br>Omaha, NE 68102 | Attorney for Sound Inpatient Physician Medical Group, Inc. In U.S. District Court case |
| Matthew C. Sgnilek<br>Kutak Rock LLP<br>5 Park Plaza, Ste. 1500<br>Irvine, CA 92614 | Attorney for Sound Inpatient Physician Medical Group, Inc. in U.S. District Court case |
| Jeffery Owensby, Esq.<br>Rediger McHugh & Owensby LLP<br>555 Capitol Mall, Ste. 1240<br>Sacramento, CA 95814 | Attorney for Nicholas Arismendi in U.S. District Court case |
| Greg Macauley Hatton, Esq.<br>Hatton, Petrie and Stackler APC<br>85 Argonaut, Ste. 210<br>Aliso Viejo, CA 92610 | Attorney for Dameron Hospital Association in U.S. District Court case |

X   BY MAIL: I caused such envelope to be deposited in the mail at my business address, address to the addressee(s) designated. I am readily familiar with the law offices of Steven S. Altman's practice for collection and processing of correspondence and pleadings for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business.

___   BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED as noted above.

    \_\_\_\_ BY FACSIMILE: To the facsimile numbers indicated above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Modesto, California, on June 22, 2016.

                                        Dawn Darwin

PROOF OF SERVICE                        3