UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTASHE GOLDEN, M.D., | No. 2:14-cv-497-TLN-EFB PS |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| SOUND INPATIENT PHYSICIANS MEDICAL GROUP, INC., AND DOES 1-10, inclusive, | |
| Defendant. | |

The court issued an order setting a status (pretrial scheduling) conference for August 3, 2016, and directing the parties to file a joint status report within fourteen days of the scheduled conference. ECF No. 81. The court subsequently approved the parties' stipulation to continue the scheduling conference and ordered the parties to file a joint status report by October 19, 2016. ECF No. 83.

The parties, however, failed to timely file a joint status report. Accordingly, the parties are ordered to show cause why they should not be sanctioned for their failure to comply with the court's order. *See* E.D. Cal. L.R. 110 ("Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."); *see also* E.D. Cal. L.R. 183 ("Any individual representing himself or herself without an attorney is bound by

1

the Federal Rules of Civil or Criminal Procedure and by these Local Rules."); *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) ("Failure to follow a district court's local rules is a proper ground for dismissal.").

Accordingly, good cause appearing, it is hereby ORDERED that:

1. The status (pretrial scheduling) conference currently set for November 2, 2016 is continued to December 7, 2016 at 10:00 a.m. in Courtroom No. 8.

2. On or before November 23, 2016, the parties shall file a joint status report in accordance with the court's August 27, 2014 order.  *See* ECF No. 38.

3. The parties shall show cause, in writing, no later than November 23, 2016, why sanctions should not be imposed for failure to comply with the court's July 19, 2016 order.

4. Failure to comply with this order may result in the imposition of sanctions.

DATED:  October 24, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE